UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------------
:
JONATHAN J. POWELL,                  :    CASE NO. 1:15-CV-2120
                                     :
          Petitioner,                :
                                     :
     v.                              :    OPINION AND ORDER
                                     :    [Resolving Doc. 1]
MANSFIELD CORRECTIONAL               :
INSTITUTION,                         :
                                     :
          Respondent.                :
                                     :
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On October 13, 2015, Petitioner Jonathan J. Powell filed a habeas corpus petition under 28 U.S.C. § 2254.[1] On June 29, 2017, Magistrate Judge George J. Limbert recommended that the Court deny Petitioner Powell's petition.[2] Magistrate Judge Limbert found that Petitioner's six grounds for relief were improperly pled, were procedurally defaulted, fail to state federal constitutional violations, and fail on the merits.[3]

Objections to Magistrate Judge Limbert's Report and Recommendation were due by July 13, 2017. Petitioner Powell has not filed objections to the Report and Recommendation.

The Federal Magistrates Act requires a district court to conduct a de novo review only of those portions of a Report and Recommendation to which the parties have made an objection.[4] Absent objection, a district court may adopt the Report and Recommendation without review.[5]

Because no party has objected to the Report and Recommendation, this Court may adopt the Report and Recommendation without further review. Moreover, having conducted its own

---

[1] Doc. 1. Respondent opposed. Doc. 8.
[2] Doc. 9.
[3] *Id.*
[4] 28 U.S.C. § 636(b)(1).
[5] *Thomas v. Arn*, 474 U.S. 140, 149 (1985); L.R. 72.3(b).

Case No. 1:15-cv-2120
Gwin, J.

review of the petition and record, the Court agrees with the conclusions in the Report and Recommendation.

Accordingly, the Court **ADOPTS** Magistrate Judge Limbert's Report and Recommendation and incorporates it fully herein by reference. The Court **DENIES** Petitioner's habeas petition. Furthermore, no basis exists upon which to issue a certificate of appealability.[6]

IT IS SO ORDERED.

Dated: July 31, 2017

                                                                       *s/      James S. Gwin*
                                                                         JAMES S. GWIN
                                                                         UNITED STATES DISTRICT JUDGE

---

[6] 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).